IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00137-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

COLORADO REPENTITIVE JORDEN,
WARDEN FIGARA, C.C.A North Fork, and
JOE ORTIZ, Executive Director D.O.C.,

Defendants.

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

Plaintiff is incarcerated at the North Fork Correctional Facility in Sayre, Oklahoma. In an order filed on January 19, 2007, the court directed Plaintiff to cure the deficiencies in this action by submitting a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint. On April 2, 2007, Plaintiff filed another uncertified copy of his inmate trust fund account statement together with a cover letter stating that he has been advised by his case manager that no one will certify his account statement.

Pursuant to 28 U.S.C. § 1915(a)(2), Plaintiff needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action. Plaintiff has filed a motion seeking leave to

proceed *in forma pauperis*. Therefore, the warden of the North Fork Correctional Facility will be ordered to obtain from the appropriate prison official, and to provide the court with, a certified copy of Plaintiff's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on January 19, 2007. Failure to provide such an account statement within the time allowed may result in a court order directing the warden to pay the entire $350.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the North Fork Correctional Facility shall have **thirty (30) days from the date of this order** to obtain from the appropriate prison official, and provide the court with, a certified copy of Plaintiff's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on January 19, 2007. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a court order directing the warden of the North Fork Correctional Facility to pay the entire $350.00 filing fee owed in this action. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to the warden of the North Fork Correctional Facility.

DATED March 22, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00137-BNB

Edward Allen Clutts
Prisoner No. 122690
North Fort Corr. Facility
1605 E. Main
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4-4-07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk