IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,
    Plaintiff,

v.

COLORADO REPENTITIVE JORDEN,
WARDEN FIGARA, C.C.A North Fork,
JOE ORTIZ, Executive Director D.O.C.,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER NELLIS, and
CORRECTIONS OFFICER LT. WILLIAMS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2007

GREGORY C. LANGHAM
                CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff is a prisoner in the custody of the Colorado Department of Corrections at the North Fork Correctional Facility in Sayre, Oklahoma. Plaintiff has filed *pro se* a Prisoner Complaint alleging that his constitutional rights have been violated. On February 22, 2007, Plaintiff filed a "Moton [sic] to Suplemant [sic] to Amend" and a "Moton [sic] to Suplement [sic] to Amend Defendant List." Those motions will be granted.

The court must construe the complaint liberally because Plaintiff is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an amended complaint.

The court has reviewed the complaint filed in this action and finds that it is deficient. First, Plaintiff fails to provide an address for each named Defendant. In addition, Plaintiff fails to allege facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations. Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Plaintiff must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

For these reasons, Plaintiff will be directed to file an amended complaint. Plaintiff must provide an address for each named Defendant and he must allege facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. Plaintiff is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." **Conn v. Gabbert**, 526 U.S. 286, 290 (1999). Therefore, Plaintiff should name as Defendants in the amended complaint the individuals or entities he believes actually violated his constitutional rights. Accordingly, it is

2

ORDERED the "Moton [sic] to Suplemant [sic] to Amend" and "Moton [sic] to Suplement [sic] to Amend Defendant List" filed on February 22, 2007, are granted. It is

FURTHER ORDERED that Plaintiff file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED April 24, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00137-BNB

Edward Allen
a/k/a Edward Allen Clutts
Prisoner No. 122690
North Fort Corr. Facility
1605 E. Main
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/24/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk