IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00137-ZLW-BNB

EDWARD ALLEN,

      Plaintiff,

v.

TOM JORDAN,
FRED FIGUERA,
JOE ORTIZ,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

      Defendants.

_____

**ORDER**
_____

      The matter before the Court is Plaintiff's Motion For Restraining Order (Doc. No. 23).  This motion was referred to Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  On August 2, 2007, the Magistrate Judge issued his Recommendation that the motion be denied.  Plaintiff has filed no objections to the Recommendation.

      The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts his findings and Recommendation.  Therefore, it is

ORDERED that Plaintiff's Motion For Restraining Order (Doc. No. 23) is denied.

DATED at Denver, Colorado, this   14   day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court