IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Issuance of Subpoena Duces Tecum** [Doc. #55, filed 11/26/07] (the "Motion"). The plaintiff requests that the Court issue subpoenas to the defendants directing them to produce documents and information. However, there has not yet been a Scheduling Conference and discovery has not commenced. Even if the plaintiff's discovery requests were timely, the requests must be made directly to the defendants pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated November 27, 2007.

BY THE COURT:

_s/ Boyd N. Boland_
United States Magistrate Judge