IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's Motion to Compel Plaintiff to Respond to Interrogatories and Requests for Production of Documents** [Doc. # 60, filed 1/14/2008] (the "Motion to Compel");

(2) **Motion for Protective Order** filed by the plaintiff [Doc. # 69, filed 2/4/2008] (the "Motion for Protective Order"); and

(3) **CDOC Defendants' Motion to Stay Discovery** [Doc. # 77, filed 2/19/2008] (the "Motion to Stay").

I held a hearing on the motions this morning and made rulings on the record, which are

incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that all discovery is stayed pending a determination of the qualified immunity issue. In view of the stay of discovery,

IT IS FURTHER ORDERED that the Motion to Compel, the Motion for Protective Order, and the Motion to Stay are DENIED as moot.

IT IS FURTHER ORDERED that the defendants' response to the plaintiff's Motion for Summary Judgment [Doc. # 70, filed 2/4/2008] is stayed pending the entry of a scheduling order, which will occur after a determination of the issue of qualified immunity.

Dated February 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge