IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff:

(1) **Motion to the Court for Mailing of Pleadings** [Doc. # 98, filed 3/24/2008]; and

(2) **Motion for Continuance** [Doc. # 99, filed 3/24/2008].

I heard argument on the motions this morning during the scheduling conference and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to the Court for Mailing of Pleadings is DENIED.

IT IS FURTHER ORDERED that the Motion for Continuance is GRANTED. The plaintiff may have to and including **April 8, 2008**, within which to file an objection to the

Amended Recommendation of United States Magistrate Judge and Order [Doc. # 97, filed 3/14/2008.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send to the plaintiff at his current address of record, by United States mail, a copy of the Amended Recommendation of United States Magistrate Judge and Order.

Dated March 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge