IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.  07-cv-00137-ZLW-BNB          Date: March 25, 2008
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A-401

---

EDWARD ALLEN,                                        Pro Se by telephone

                Plaintiff,

v.

JOE ORTIZ,                                                Jess Dance
Executive Director D.O.C.
TOM JORDEN,                                          Jess Dance
FRED FIGUERA,                                        Edward Kennedy
COLORADO DEPARTMENT                        Jess Dance
OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,          Edward Kennedy
DAVID NELLIS,                                        Edward Kennedy
WILLIAMS,                                              Edward Kennedy
Lt.

                Defendants.

---

# COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

Court in Session:          9:32 a.m.

Appearances of counsel.

Court's opening remarks.

The stay of all proceeding will remain in effect for the Department of Correction defendants until
Judge Weinshienk alters the recommendation.

The court will enter a scheduling order to permit discovery to take place as between the plaintiff
and the other defendants other than the Department of Correction defendants.

Discovery cut-off is: **September 26, 2008**

The dispositive motion deadline is: **October 24, 2008**

The parties shall designate all experts no later than: **None**

The parties shall designate all rebuttal experts no later than: **None**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Pretrial Conference shall be held **January 5, 2009 at 8:30 a.m.**in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.** A proposed Pretrial Order shall be submitted on or before **December 29, 2008**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

**ORDERED:** **Motion to the court for mailing of pleadings by plaintiff filed 3/24/08; Doc.[ 98] is denied as stated on the record.**

**ORDERED:** **Motion for continuance by plaintiff filed 3/24/08; Doc. [99] is granted as stated on the record. Plaintiff has to and including April 8, 2008 to file an objection to the amended recommendation.**

**ORDERED:** **Motion for summary judgment by plaintiff filed 2/4/08; Doc. 70 is denied without prejudice as stated on the record. A motion for summary judgment may be refiled on or before October 24, 2008.**

Court in Recess:          9:57 a.m.          Hearing concluded.

Total time in Court:     00:25

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.