IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's **Motion for Permission to Appeal** [docket no. 111, filed April 18, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

MR. WHITE, CASE MANAGER FOR (580-928-8200)
EDWARD ALLEN CLUTTS, #122690
OKLAHOMA - NORTH FORD CORRECTIONAL FACILITY
1605 EAST MAIN
SAYRE, OK 73662


DATED: April 24, 2008