IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for this Court to Identifi Witch Motion the Court is Dening**,[1] filed on May 19, 2008 [Doc. #119]. The Motion states in its entirety:

> The plaintiff in the above name case filed two motions for permission to appeal one motion asked the court to reconsider its denil of appointment of counsel and the other was for the court to reconsider permitting discovery at this time as the court only returnd one dienal of premission to appeal the plaintiff will ask the court to idenifi witch motion the court is deining, and ask why this court has not acted on the other?

---

[1] Throughout this order, I have copied the plaintiff's words as they are written, without correction or acknowledgment of mistakes.

The record shows that the plaintiff has filed only one "Motion for Permission to Appeal." [Doc. #111, filed 4/18/08]. The "Motion for Permission to Appeal" requests that the Court "reconcider its desition to allow discovery wile immunity issues are still pending or grant this motion to appeal". Id. I denied the "Motion for Permission to Appeal" in its entirety. Minute Order [Doc. #114, issued 4/24/08]. In denying the motion, I stated the name of the motion, the docket number of the motion, and the date the motion was filed. There is no room for confusion.

IT IS ORDERED that the "Motion for this Court to Identifi Witch Motion the Court is Dening" is DENIED.

Dated June 2, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge