IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff:

(1) **Motion for Reconsideration of Courts** [sic] **Order Dening** [sic] **Appointment of Councel** [sic] [Doc. # 139, filed 6/19/08] (the "Motion for Reconsideration"); and

(2) **Motion for Permission to Appeal** [Doc. #142, filed 6/19/08].

The Motion for Reconsideration is identical to a motion filed by the plaintiff on March 11, 2008 [Doc. #90]. The Motion for Permission to Appeal is identical to a motion filed by the plaintiff on April 18, 2008 [Doc. #111]. Accordingly,

IT IS ORDERED that the Motion for Reconsideration and the Motion for Permission to Appeal are DENIED.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant motions.

IT IS FURTHER ORDERED that failure to comply with this Order may result in the imposition of sanctions, including potentially the dismissal of this case with prejudice.

Dated July 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge