IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.

_____

**ORDER**
_____

The plaintiff recently filed three affidavits [Docs. # 130, #131, and #133]. The affidavits are STRICKEN.

Doc. #133 is dated 4/22/08, and it contains 41 paragraphs of factual statements. Page one of Doc. #131 states "You have 10 days to reply after recept [sic] of this document or the affidavit date[d] 4/22/08 will be taken as fact." Doc. #130 contains factual allegations and a statement that the plaintiff sent a copy of the affidavit dated 4/22/08 to the defendants; they had ten days to respond to it; they failed to respond; and their failure to respond to the affidavit resulted in a stipulation of the facts stated in the affidavit.

It appears that the plaintiff is attempting to establish the facts of his case by mailing affidavits to the defendants and deeming their failure to respond as admissions. The Federal

Rules of Civil Procedure do not provide for the establishment of factual matters in this manner. Moreover, the plaintiff may not simply submit "facts" to the court. Parties generally attempt to establish the facts of their case during dispositive motion briefing or at trial. Finally, discovery materials shall not be filed with the Court. Fed.R.Civ.P. 5(d). Accordingly,

    IT IS ORDERED that the affidavits are STRICKEN.

    Dated July 7, 2008.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge