IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDAN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.
_____

**ORDER**
_____

The matter before the Court is Plaintiff's "Motion For Reconsideration Of Justice Weinshienk's Orders Or Give Plaintiff Permission To Appeal." Plaintiff seeks reconsideration of the Court's Order of July 16, 2008 (Doc. No. 161), or permission to file an interlocutory appeal of that Order. The Court has reviewed Plaintiff's arguments and the relevant legal authority. It is

ORDERED that Plaintiff's "Motion For Reconsideration Of Justice Weinshienk's Orders Or Give Plaintiff Permission To Appeal" (Doc. No. 168) is denied.

DATED at Denver, Colorado, this   30th   day of July, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court