IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 07-cv-00137-ZLW-BNB          Date: August 6, 2008
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A401

EDWARD ALLEN,                                         Pro Se by telephone
also known as
Edward Clutts

          Plaintiff(s),

v.

JOE ORTIZ,                                            Jess Dance
Executive Director D.O.C.,
TOM JORDEN,                                           Jess Dance
FRED FIGUERA,                                         Fred Figuera
COLORADO DEPARTMENT OF CORRECTIONS,                   Jess Dance
CORRECTIONS CORPORATION OF AMERICA,                   Jennifer Veiga
DAVID NELLIS, and                                     Jennifer Veiga
LT. WILLIAMS,                                         Jennifer Veiga

          Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:          10:04 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Motion to show cause to Magistrate Boyd N. Boland by plaintiff filed August 4, 2008: Doc 173 is denied as stated on the record.**

**ORDERED:**   **Motion for default judement(sic) by plaintiff filed July 28, 2008; Doc. 167 is denied as stated on the record.**

**ORDERED:**   **Motion of contempt filed by plaintiff filed July 28, 2008; Doc 166 is denied as stated on the record.**

**ORDERED: Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's second motion to compel plaintiff to respond to interrogatories and requests for productions of documents filed June 9, 2008; Doc. 125 is granted as stated on the record.**

Court in Recess  10:21 a.m.  Hearing concluded.  Total time in court: 00:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.