IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's Motion for Modification of Scheduling Order** [docket no. 195, filed September 19, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **October 27, 2008**, and the dispositive motion deadline is extended to and including **November 24, 2008**.

IT IS FURTHER ORDERED that the Pretrial Conference set for **January 5, 2009**, is **VACATED**, to be reset at a later date.


DATED: September 19, 2008