IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDAN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.

---

**ORDER**

---

It is ORDERED that "The Plaintiff/Appellants Objections To Justice Weinshienks Denil Of Motion And Affidavit For Leave To Proceed On Appeal Pursuant To 28 U.S.C. § 1915" (Doc. No. 188), treated as a motion for reconsideration of The Court's August 27, 2008, Order Denying Leave To Proceed On Appeal Pursuant To 28 U.S.C. § 1915 And Fed. R. App. P. 24 (Doc. No. 185), is denied.

DATED at Denver, Colorado, this __24th__ day of September, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court