IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's Motion for Extension of Time to Submit Responses to Plaintiff's Interrogatories and Requests for Production of Documents** [docket no. 202, filed September 26, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and defendants shall respond to the Plaintiff's Interrogatories and Requests for Production of Documents on or before **October 3, 2008**.

     IT IS FURTHER ORDERED that plaintiff's Motion to Compel [docket no. 203, filed September 26, 2008] is DENIED.

DATED: October 2, 2008