IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDEN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's Motion to Allow Deposition of Plaintiff Edward Allen to Fed. R. Civ. P. 30(a)(2)** [docket no. 209, filed October 3, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are hereby permitted to take the deposition of plaintiff Edward Allen at the Kit Carson Correctional Center on October 15, 2008, at 9:30 a.m.

IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
EDWARD ALLEN
a/k/a EDWARD ALLEN CLUTTS
#122690
KIT CARSON CORRECTIONAL CENTER
P. O. BOX 2000
BURLINGTON, CO 80807

DATED: October 7, 2008