IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,

v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDAN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.

---

**ORDER**

---

It is ORDERED that "Plaintiff Objection To Justice Weinshienk's Order Doc #190" (Doc. No. 204), treated as a motion for reconsideration of the Court's September 12, 2008, Order (Doc. No. 190), is denied.

DATED at Denver, Colorado, this  7th  day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court