IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,
v.

JOE ORTIZ, Executive Director D.O.C.,
TOM JORDAN,
FRED FIGUERA,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.

---

**ORDER**

---

It is ORDERED that Plaintiff's "Objection To Justice Weinshienk's Order Doc #213" (Doc. No. 222), treated as a motion for reconsideration of the Court's October 7, 2008, Order (Doc. No. 213), which was itself an Order denying Plaintiff's previous motion for reconsideration of the Order of September 12, 2008, is denied. It is

FURTHER ORDERED that the Court will not consider and will deem denied any further objections or motions for reconsideration filed by Plaintiff concerning this Order or the Orders issued August 6, 2008, September 12, 2008, or October 7, 2008.

DATED at Denver, Colorado, this  20th  day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court