IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN,

    Plaintiff,

v.

FRED FIGUERA,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.

---

**ORDER**

---

    The matter before the Court is Plaintiff's Objection To Scheduling Order. Plaintiff's November 25, 2008, Objection to the March 25, 2008, Scheduling Order properly is overruled as untimely. Further, the Court finds no merit to the Objection. Accordingly, it is

    ORDERED that Plaintiff's Objection To Scheduling Order (Doc. No. 250) is overruled.

    DATED at Denver, Colorado, this 29th day of December, 2008.

                            BY THE COURT:

                            _____
                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court