IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN

     Plaintiff,

v.

FRED FIGUERA,
CORRECTIONS CORPORATION OF AMERICA
DAVID NELLIS, and
LT. WILLIAMS,

     Defendants.

_____

**DEFENDANTS FIGUEROA, NELLIS, WILLIAMS AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENCE [SIC] REPLY IN SUPPORT OF SUMMARY JUDGMENT**
_____

     Defendants Figueroa, incorrectly referred to in the caption as Figuera, Nellis, Williams, and Corrections Corporation of America, by and through their attorney, Jennifer L. Veiga of Hall & Evans, L.L.C., hereby file their Motion to Strike Plaintiff's Response to Defense [sic] Reply in Support of Summary Judgment:

     1.    Defendants filed their Reply in Support of Motion for Summary Judgment on January 28, 2009. [Doc. # 279]

     2.    On February 20, 2009, Plaintiff filed a response to Defendants' reply in support of summary judgment. As there is no applicable rule of civil procedure or local rule authorizing the filing of a response to a reply in support of a motion, and because

Plaintiff did not seek leave of court prior to filing the response, Defendants now request the court strike the Plaintiff's response.  [Doc. # 284].

3. Pursuant to D.C. LR Colo. 7.1(a), undersigned counsel could not confer with Plaintiff, who is proceeding *pro se*, due to his incarceration within the Colorado Department of Corrections.

WHEREFORE, for all of the foregoing reasons, above-named Defendants respectfully request that this Court issue an Order striking Plaintiff's Response to Defence [sic] Reply in Support of Summary Judgment.

DATED this 26th day of February 2009.

s/Jennifer L. Veiga
Jennifer L. Veiga, #17093
HALL EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado   80202
(303) 628-3300
veigaj@hallevans.com

**ATTORNEYS FOR DEFENDANTS ABOVE NAMED**

## CERTIFICATE OF MAILING

I hereby certify that on this 26th day of February 2009, a true and correct copy of the foregoing **DEFENDANTS FIGUERA, NELLIS, WILLIAMS AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENCE [SIC] REPLY IN SUPPORT OF SUMMARY JUDGMENT** was placed in the U.S. Mail, postage prepaid, addressed to the following:

Edward Allen Clutts, #122690
Buena Vista Correctional Complex
P.O. Box 2017
Buena Vista, CO  81211

s/Denise Y. Gutierrez
Jennifer L. Veiga, #17093
HALL EVANS, L.L.C.
1125 17th Street, Suite 600
Denver, Colorado  80202
(303) 628-3300
veigaj@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

3