IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

FRED FIGUERA,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Order** [Doc. #266, filed 01/05/2009] (the "Motion"). The Motion is DENIED AS MOOT.

The plaintiff requests that the Court order the Law Librarian at the Buena Vista Correctional Facility to allow him to make copies of his papers for service on the Attorney General. The Colorado Department of Corrections is no longer a party to this case [Doc. #234]. Therefore, the plaintiff does not need to serve the Attorney General. In addition, the plaintiff is no longer housed at the Buena Vista Correctional Facility [Doc. 293]. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

IT IS FURTHER ORDERED that the plaintiff shall serve all future papers on the defendants as required by Rule 5, Fed. R. Civ. P.

Dated July 8, 2009.

                                                 BY THE COURT:

                                                 s/ Boyd N. Boland
                                                 United States Magistrate Judge