IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS,

Plaintiff,

v.

FRED FIGUERA,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants Figueroa, Nellis, Williams and Corrections Corporation of America's Motion to Strike Plaintiff's Response to Defence [sic] Reply in Support of Summary Judgment** [docket no. 285, filed February 26, 2009] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.


DATED:  July 8, 2009