IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00137-ZLW-BNB

EDWARD ALLEN, a/k/a EDWARD CLUTTS

    Plaintiff,
v.

FRED FIGUERA,
CORRECTIONS CORPORATION OF AMERICA,
DAVID NELLIS, and
LT. WILLIAMS,

    Defendants.

_____

ORDER
_____

The matter before the Court is "Plaintiff Objects To Magistrate Orders Dated July 8, 2009" (Doc. No. 314, 317),[1] which the Court treats as objections to four Orders issued by Magistrate Judge Boyd N. Boland in this case (Doc. Nos. 304, 306, 307, and 308). The Court has reviewed the underlying motions, the Magistrate Judge's Orders, Plaintiff's objections, and the applicable legal authority, and concludes that the Magistrate Judge's nondispositive Orders are not clearly erroneous or contrary to law.[2] Accordingly, it is

---

[1] Doc. No. 317 is a duplicate of Doc. No. 314.

[2] See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

ORDERED that "Plaintiff Objects To Magistrate Orders Dated July 8, 2009" (Doc. No. 314, 317) are treated as objections to four Orders issued by Magistrate Judge Boland on July 8, 2009 (Doc. Nos. 304, 306, 307, and 308), and are overruled.

DATED at Denver, Colorado, this 31st day of March, 2010.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court